PROB 35
(Rev. 5/01)

Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA

v.                                                Crim. No. 4:16CR00201-1

Alexandra S. Hughes

On July 25, 2016, the above named was placed on probation for a period of twelve months. She has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that Alexandra S. Hughes be discharged from supervision.

Respectfully submitted,

Ervin G. Frazier, II
United States Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in the case be terminated.

Dated this 8Th day of March, 2017.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA